ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                     )
                                                )
John C. Grimberg Company, Inc.                  )   ASBCA No.      61556
                                                )
Under Contract No.    N40080-12-C-2001          )

APPEARANCE FOR THE APPELLANT:        Herman M. Braude, Esq.
                                      Braude Law Group, P.C.
                                      Rockville, MD

APPEARANCES FOR THE GOVERNMENT:      Craig D. Jensen, Esq.
                                      Navy Chief Trial Attorney
                                     Ellen M. Evans, Esq.
                                      Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  September 25, 2020

_____
MICHAEL T. PAUL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed
Services Board of Contract Appeals in ASBCA No. 61556, Appeal of John C. Grimberg
Company, Inc., rendered in conformance with the Board's Charter.

Dated:  September 25, 2020

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals